MCGREGOR W. SCOTT
United States Attorney

PAUL S. HAM
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 307-6421
Facsimile: (202) 307-0054

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>PRECILIANO MARTINEZ, et al.,<br><br>Defendants. | Civil No. 1:04-cv-05475 JKS SMS<br><br>**STIPULATION BETWEEN THE UNITED STATES AND THE STATE OF CALIFORNIA FRANCHISE TAX BOARD IN LIEU OF FURTHER APPEARANCE BY THE STATE OF CALIFORNIA FRANCHISE TAX BOARD, and ORDER** |

Plaintiff United States of America and defendant State of California Franchise Tax Board ("FTB"), through their respective attorneys, hereby agree and stipulate as follows:

1.      The United States has made assessments against defendant Preciliano Martinez for outstanding federal income (Form 1040) and federal employment related (Forms 940 & 941) taxes, plus penalties and interest, for the tax periods involving the 1994, 1995, 1996, 1997, 1998, 1999, 2000, and 2001 calendar years.

2.      The FTB has made assessments against defendant Preciliano Martinez for outstanding state income taxes for the 1995, 1998, 1999, 2000, and 2002 tax years; assessed on April 26, 1996 and August 5, 1997 (both for the 1995 tax year); November 10, 1999; March 29, 2002; October 27, 2002 and on June 18, 2004, respectively.

3.      The United States' and FTB's tax liens, both arising from the assessments described in

STIPULATION                                                    -1-

paragraphs 1 & 2 above, attach to real property located at 1317 North Central Avenue, Modesto, California 95351 ("subject property").

4.    The United States and the FTB agree that their relative priorities with respect to their tax liens, described in paragraphs 1-3 above, encumber the subject property as follows (by tax period and type):

| Claim Holder | Relevant Tax Period |
|---|---|
| FTB | 1995 (Income Tax - self assessed) |
| United States | 1995 (Form 1040) |
| FTB | 1995 (Income Tax - audit assessed) |
| United States | 1994 (IRC Sec. 6721 Penalty); 1996 (Form 1040); 1995 (Form 940); 1996 (Form 940); March 1996 (Form 941); September 1996 (Form 941); December 1996 (Form 941); March 1997 (Form 941); June 1997 (Form 941); September 1997 (Form 941); December 1997 (Form 941); 1997 (Form 940); 1995 (IRC Sec. 6721 Penalty); March 1999 (Form 941); June 1999 (Form 941); 1996 (IRC Sec. 6721 Penalty); |
| FTB | 1998 (Income Tax) |
| United States | March 1998 (941); September 1999 (Form 941); 1998 (Form 1040); June 1998 (Form 941); September 1998 (Form 941); December 1998 (Form 941); December 1999 (Form 941); June 2000 (Form 941); March 2000 (Form 941); September 2000 (Form 941); 2000 (Form 940); March 2001 (Form 941); June 2001 (Form 941); 1998 (940); 1999 (940); |
| FTB | 1999 (Income Tax) |
| United States | 1999 (IRC Sec. 6721) |
| FTB | 2000 & 2002 (Income Tax) |

1     5.      Therefore, the United States and the FTB agree that the proceeds generated from any

2    judicial or voluntary sale of the subject property as related to this action, shall be distributed between the

3    United States and the FTB in the relative order of priority of their tax liens as described in paragraph 4,

4    above, for the stated amount of the liens, plus any associated penalties and interest.

5     6.      The United States and the FTB are to bear their respective costs, including any possible

6    attorney's fees or other expenses of this litigation.  The FTB is hereby dismissed from this action.

Dated this 14th day of June, 2005.          Dated this 13th day of June, 2005.

MCGREGOR W. SCOTT                        BILL LOCKYER
United States Attorney                          Attorney General of the State of California

 /s/ - Paul Ham                                   /s/ - Robert Asperger
PAUL S. HAM                                   ROBERT E. ASPERGER
Trial Attorney, Tax Division                     Deputy Attorney General
U.S. Department of Justice                       1300 I Street, Suite 125
Post Office Box 683, Ben Franklin Station        P.O. Box 944255
Washington, D.C.  20044                        Sacramento, CA 94244-2550
Telephone: (202) 307-6421                       Telephone: (916) 324-5157
Facsimile: (202) 307-0054                        Facsimile: (916) 327-2247

(Attorneys for the United States)                (Attorneys for the State of California,
                                               Franchise Tax Board)

IT IS SO ORDERED.

**Dated:   June 15, 2005       /s/ Sandra M. Snyder**
icido3UNITED STATES MAGISTRATE JUDGE

STIPULATION          -3-