IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>vs.<br><br>PRECILLIANO MARTINEZ, et al.,<br><br>               Defendants. | Case No. CIV F-04-5475 JKS SMS<br><br><br>O R D E R |

       This is an action by the United States to reduce tax liens to judgment and enforce them against real property. The Government has moved for summary judgment against Defendants Preciliano Martinez and Mary Martinez. Docket No. 39. It asks the Court to rule:

> that the Martinezes are liable to the United States for the assessments made against them for the federal tax (Forms 1040, 941, & 940) liabilities, plus penalties and interest, involving the 1994, 1995, 1996, 1997, 1998, 1999, 2000, and 2001 years as reflected on the Certificates of Assessments and Payments; that any deeds of trust held by Kenneth Houston and Frank Martinez to the subject property have been fully paid and satisfied and, consequently, that they have no interest in the subject property; and that the United States may foreclose its federal tax liens encumbering the subject property.

*Id*. (Mem.) at 21. The motion is unopposed.

       As the Court's informational order of June 29, 2005, indicates, failure by the nonmoving party to oppose a motion is deemed an admission that the motion is well-taken. Docket No. 38 at 3. However, the motion will not be granted unless the Court determines that there are no disputed issues of material fact and that the moving party is entitled to judgment as a matter of law. *Id*. Defendants, the Martinezes, are represented by counsel. The Court has reviewed the Government's motion. It appears to be in the correct form and to be meritorious. The motion was filed on July 1,

1

2005, giving Defendants ample time to file an opposition or seek an extension of time. Accordingly, the Court will grant the Government's motion.

**IT IS THEREFORE ORDERED:**

The motion for summary judgment at **Docket No. 39** is **GRANTED**.  The parties are **DIRECTED** to meet and confer **on or before Friday, September 23, 2005**, to discuss what must be done to bring this case to a conclusion.  The United States is **DIRECTED** to file a status report with the Court, after consultation with the other parties, regarding the fruits of the status conference **on or before Friday, September 30, 2005**.

Dated at Anchorage, Alaska, this  25th  day of August 2005.

                                                /s/ James K. Singleton, Jr.
                                                **JAMES K. SINGLETON, JR.**
                                                United States District Judge