IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br>vs.<br>PRECILIANO MARTINEZ, et al.,<br>    Defendants. | Case No. F-04-CV-5475 (JKS)<br><br>SATISFACTION OF JUDGMENT |

  Plaintiffs have notified the Court that the Defendants have fully paid their federal tax liabilities, plus penalties and interest, pursuant to the summary judgment and judgment that was entered against them August 25, 2005. Docket No. 52. Plaintiff requests that the case now be closed. Docket No. 54.

  **IT IS THEREFORE ORDERED**:

  Satisfaction of the judgment is acknowledged and the Clerk of Court is hereby authorized to mark the judgment as being fully satisfied. Each party shall bear their own costs incurred in this action, including attorney's fees and costs.

  Dated at Anchorage, Alaska, this 15th day of September 2006.

                 /s/ James K. Singleton, Jr.
                 **JAMES K. SINGLETON, JR.**
                 United States District Judge