IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br>     vs.<br><br>PRECILIANO MARTINEZ, et al.,<br><br>             Defendants. | Case No. F-04-CV-5475 (JKS)<br><br>**JUDGMENT<br>IN A CIVIL CASE** |

\_\_\_     **JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

  X     **DECISION BY COURT**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the Martinezes are liable to the United States for the assessments made against them for the federal tax (Forms 1040, 941, and 940) liabilities in the sum of $148,336.41, plus penalties and interest, involving the 1994, 1995, 1996, 1997, 1998, 1999, 2000, and 2001 years, as reflected on the Certificates of Assessments and Payments; that any deeds of trust held by Kenneth Houston and Frank Martinez to the subject property

JUDGMENT IN A CIVIL CASE

(1317 North Central Avenue, Modesto CA 95351) have been fully paid and satisfied and,

consequently, that they have no interest in the subject property; and, that the United States may

foreclose its federal tax liens encumbering the subject property.

APPROVED:

/s/ James K. Singleton, Jr.
    **JAMES K. SINGLETON, JR.**
    United States District Judge

| September 15, 2006 | Victoria C. Minor |
|---|---|
| nunc pro tunc, August 25, 2005 | Clerk |
| | /S/ Wendy Kusamura |
| | Wendy Kusamura, Deputy Clerk |

JUDGMENT IN A CIVIL CASE